FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-21-00242-CV

**ELECTRIC RELIABILITY COUNCIL OF TEXAS** and Bill Magness,
Appellants

v.

**CPS ENERGY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-04574
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

On November 5, 2021, non-resident attorney Emma F. Hand filed an unopposed motion seeking *pro hac vice* admission to this court to represent appellee in this appeal. After consideration, we **GRANT** the motion.

It is so **ORDERED** November 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT